August 28, 2009

Mr. Anthony P. Brown
McLeod Alexander Powel & Apffel
P.O. Box 629
Galveston, TX 77553
Mr. John Ben Blanchard
Sprouse Shrader Smith, P.C.
P. O. Box 15008
Amarillo, TX 79105-5008

RE: Case Number: 07-0010
 Court of Appeals Number: 01-05-00496-CV
 Trial Court Number: 04CV0796

Style: GALVESTON CENTRAL APPRAISAL DISTRICT
 v.
 TRQ CAPTAIN'S LANDING, L.P. AND AMERICAN HOUSING FOUNDATION

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above- referenced case. The Motion for Withdrawal of Attorney will
be granted, on the condition that the withdrawing attorneys furnish to this
Court the name of and pertinent information for substitute counsel for the
clients, and, if there is no substitute counsel, the name of the pertinent
information for counsel representing American Housing Foundation in
bankruptcy proceedings.
 Until then, Christopher Jensen and Andrew Little of Spouse Shrader
Smith will remain counsel of record.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk

Enclosure
|cc:|Ms. Latonia Renee Wilson|
| | |
| |Ms. M. Karinne |
| |McCullough |
| |Mr. Michael W. Eaton |
| |American Housing |
| |Foundation |
| |TRQ Captain's Landing, |
| |L.P. |